# UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

JAMES J. FRASER
DEFENDANT

Case No. 09-MJ-203-1J  Date 11/10/09
Time 1:35 pm - 1:49 pm
- [ ] Indictment
- [x] Complaint
- [ ] Information
- [ ] Other

Offense: Felon in Possession of Firearm and Felon in Possession of Ammunition

Before the Honorable, Alan B. Johnson

Recorded: no   [ ] Disk NO.

| Abby Logan | Jan Davis | Laura Harris | James C. Anderson | Robert MacMaster |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER  none

Appeared
- [ ] Voluntarily
- [x] In-Custody

[x] Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  none
- [ ] FPD
- [ ] PANEL-CJA
- [ ] RETAINED

[ ] Attorney waived

1. Initial appearance  Date 11/10/09  (Comments) _____

   **BOND IS**
   - [x] Defendant is detained
   - [ ] Set at $ _____  [ ] Cash or Surety  [ ] Unsecured
   - [ ] Continued on the same terms and conditions
   - [x] Detention and/or Preliminary hearing set for 11/13/09 in front of Judge Beaman

- [ ] Obey all laws, Federal, State and Local
- [ ] Seek/Maintain employment
- [ ] 3rd party custody of _____
- [ ] Not use or possess firearms/ammunition/explosives
- [ ] Not use or possess alcohol
- [ ] Not use alcohol to excess
- [ ] Submit to drug/alcohol testing
- [ ] Do not obtain passport
- [ ] Surrender passport to _____
- [ ] Maintain current residence
- [ ] Report to Pretrial Services as directed
- [ ] Travel restricted to _____
- [ ] Abide by the following curfew
- [ ] Not use or possess controlled substances/drugs
- [ ] Avoid all contact with
- [ ] Post property or sum of money
- [ ] Undergo medical/psychiatric treatment/exam

- [ ] Other

## CRIMINAL PROCEEDING SHEET
Disposition by District Court